# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 21, 2016

Dorothy Easley
Easley Appellate Practice, PLLC
1200 BRICKELL AVE STE 1950
MIAMI, FL 33131

Appeal Number:  16-10763-EE
Case Style:  Michelle Scott v. Sarasota Doctors Hospital, Inc, et al
District Court Docket No:  8:14-cv-01762-JSM-TBM

RETURNED UNFILED: Civil Appeal Statement; filed out of time and without leave of court
filed by Dorothy Easley for Michelle G. Scott is returned unfiled because it is untimely and a
motion to file out of time is required

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Sandra Brasselmon, EE
Phone #: (404) 335-6181

MOT-11 Motion or Document Returned